## STATEMENT OF FACTS

On or about March 25, 2015, officers with the Metropolitan Police Department Narcotics and Special Investigation Division were on patrol in the area of the 1300 Block of Savannah Street, S.E., Washington, DC when they observed the defendant, Deshawn Hood. Officers approached the defendant, asked if he had a gun, and as the officer opened the door to the vehicle, the defendant started to run. While chasing the defendant, officers were able to see a handgun in the defendant's waistband area. While running, the defendant fell, and was immediately stopped by officers. Officers place the defendant under arrest. Recovered from waistband was a loaded Ruger .40 caliber semi-automatic handgun. To the best of the undersigned officer's knowledge, defendant Deshawn Hood, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Virginia Criminal Case No. CR00024229-00. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Ruger .40 caliber semi-automatic handguns nor .40 caliber ammunition manufactured in the District of Columbia.

_____
OFFICER JOHN WRIGHT
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF MARCH, 2015.


_____
U.S. MAGISTRATE JUDGE